4

STATE OF MONTANA, Plaintiff, vs. ERROL R. FLYNN, Defendant.
No. 3113

DECISION

The application of the above-named defendant for a review of the sentence of 10 years for Forgery by Uttering a Falsely Made Instrument, imposed on September 28, 1972, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Michael Thompson of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 18th day of May, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.

STATE OF MONTANA, Plaintiff, vs. JAMES P. KUCKLER, JR., Defendant.
No. 1018

DECISION

The application of the above-named defendant for a review of the sentence of 10 years with 6 years suspended for Assault Second Degree, imposed on February 9, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence is to remain the same with the exception that eight (8) years are to be suspended rather than the original six (6). So that the sentence will now read: "Ten (10) years, with eight (8) years suspended."

We wish to thank John Cavan for his assistance to the defendant and to this Court.

DATED this 18th day of May, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.

STATE OF MONTANA, Plaintiff, vs. DONALD KEITH MITCHELL, Defendant.
No. 6288A

DECISION

The application of the above-named defendant for a review of the sentence of 14 years with 8 suspended for Grand Larceny, imposed on January 2, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed

We wish to thank Robert Prigge of the Montana Defender Project for his assistance to the Court and to the defendant.

DATED this 18th day of May, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.